No. 89-440.  CLARDY, EXECUTRIX OF THE ESTATE OF CLARDY, ET AL. *v.* SANDERS.  Sup. Ct. Ala.  Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89-441.  MENARD-SANFORD ET AL. *v.* A. H. ROBINS CO., INC., ET AL.  C. A. 4th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 89-442.  ANDERSON ET AL. *v.* AETNA CASUALTY & SURETY CO. ET AL.  C. A. 4th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 89-456.  VINTAGE ENTERPRISES, INC. *v.* JAYE ET UX. Sup. Ct. Ala.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 89-295.  STONE *v.* WILLIAMS ET AL.  C. A. 2d Cir.  Motion of petitioner to defer consideration of the petition for writ of certiorari denied.  Certiorari denied.

No. 89-5279.  WEST *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 89-5634.  PERRY *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 88-6895.  HEIGHTLAND *v.* UNITED STATES, *ante*, p. 826;
No. 88-7362.  McDONALD *v.* YELLOW CAB METRO, INC., *ante*, p. 833;
No. 88-7364.  MARTINEZ *v.* NEW MEXICO ET AL., *ante*, p. 833;
No. 88-7580.  McDONALD *v.* JOHNSON, *ante*, p. 843;
No. 88-7609.  MATHEWS *v.* LOUISIANA ET AL., *ante*, p. 844;
No. 88-7622.  McDONALD *v.* TENNESSEE, *ante*, p. 845;